FILED - USDC - FLMD - ORL
SEP 9 2026 PM3:48

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 6:26-cr-229-AGM-LHP
18 U.S.C. § 641

WILLIAM CRAIG ROBINSON
a/k/a Craig Robinson

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**
**(Theft of Government Money)**

Beginning in or around October 2022, and continuing through in or around October 2025, in the Middle District of Florida and elsewhere, the defendant,

**WILLIAM CRAIG ROBINSON**,

did knowingly and willfully embezzle, steal, purloin, and convert to the defendant's use and the use of another, more than $1,000 of money and a thing of value of the United States and the Social Security Administration, a department and agency of the United States, that is, Social Security benefits, with intent to deprive the United States and the Social Security Administration of the use and benefit of the money and thing of value.

In violation of 18 U.S.C. § 641.

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 641, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3. The property to be forfeited includes, but is not limited to, the following: an order of forfeiture for at least $57,436, which represents the proceeds of the offense.

4. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

[redacted]

Foreperson

GREGORY W. KEHOE
United States Attorney

By: ______________________
Matthew J. Del Mastro
Special Assistant United States Attorney

By: For: ______________________
Hannah Watson
Assistant United States Attorney
Deputy Chief, Orlando Division

FORM OBD-34
September 26

No.

UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

WILLIAM CRAIG ROBINSON
a/k/a Craig Robinson

# INDICTMENT

Violations: 18 U.S.C. § 641

A true bill,

[redacted]Foreperson

Filed in open court this 9th day of September 2026.

________________________________
Clerk

Bail $________________________